**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
jbendavid@bendavidfirm.com
**BENDAVID LAW**
7301 Peak Dr., Suite 150
Las Vegas, Nevada 89128
702-385-6114
*Attorney for Defendant*
*Iron Flamingo LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, LLC,<br><br>             Plaintiff,<br><br>  vs.<br><br>IRON FLAMINGO LLC, and<br>YESHI MART, LLC<br><br>             Defendants. | Case No.:  2:23-cv-01158<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

　　　Defendant, IRON FLAMINGO LLC by and through their counsel of record, JEFFERY A. BENDAVID, ESQ. of BENDAVID LAW, and Plaintiff, JOHN MEGGS by and through his counsel of record, ROBERT P. SPRETNAK, ESQ. of the LAW OFFICES OF ROBERT P. SPRETNAK, and BEVERLY VIRUES, ESQ. of the LAW FIRM OF GARCIA-MENOCAL & PEREZ P. L. (*Pro Hac Vice pending*), stipulate as follows:

　　　Defendant, IRON FLAMINGO LLC's response to Plaintiff's Complaint is presently due on August 16, 2023.  The parties stipulate that Defendant, IRON FLAMINGO LLC may have an extension of time to file a responsive pleading to

Page 1 of 2

Plaintiff's Complaint to and including the date of August 30, 2023.  Defendant IRON FLAMINGO LLC's is currently investigating to see if there is any applicable insurance coverage to the claims in the Complaint filed by Plaintiff, JOHN MEGGS, LLC.

As such, Defendant has requested a two- week extension to and including August 30, 2023 to further investigate any applicable insurance to the claims in the Plaintiff's Complaint.

Dated this 15th day of August 2023.

| BENDAVID LAW | LAW OFFICES OF ROBERT P. SPRETNAK |
|---|---|
| */s/ Jeffery A. Bendavid, Esq.*<br>**JEFFERY A. BENDAVID, ESQ.**<br>Nevada Bar No. 6220<br>7301 Peak Dr., Suite 150<br>Las Vegas, Nevada 89128<br>*Attorney for Defendant* | *Robert P. Spretnak, Esq.*<br>**ROBERT P. SPRETNAK, ESQ.**<br>Nevada Bar No. 5135<br>8275 S. Eastern Ave, # 200<br>Las Vegas, NV 89123<br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

DATED: August 17, 2023

_____
United States Magistrate Judge