Robert P. Spretnak, Esq. (Bar No. 5135)
Bob@spetnak.com
LAW OFFICES OF ROBERT P. SPETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada
Telephone: (702) 454-4900
Facsimile: (702) 938-1055

Beverly Virues, Esq.
*PRO HAC VICE*
bvirues@lawgmp.com; ajperez@lawgmp.com
GARCIA-MENOCAL & PEREZ P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Florida
Telephone: (305) 553-3464
Facsimile: (855) 205-6904

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS,<br><br>          Plaintiff,<br><br>vs.<br><br>IRON FLAMINGO LLC, and YESHI MART LLC,<br><br>          Defendant | Case No.: 2:23-cv-01158-GMN-NJK<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE DISCOVERY PLAN AND SCHEDULING ORDER<br><br>(First Request) |

Plaintiff, JOHN MEGGS (hereinafter "Plaintiff"), by and through his counsel of record, ROBERT P. SPRETNAK, ESQ. of the LAW OFFICES OF ROBERT P. SPRETNAK, and BEVERLY VIRUES, ESQ. of the LAW FIRM OF GARCIA-MENOCAL & PEREZ P. L. Defendant IRON FLAMINGO LLC by and through their counsel of record, JEFFERY A. BENDAVID, ESQ., of BENDAVID LAW, stipulate as follows:

The Parties Discovery Plan and Joint Scheduling Order is presently due on October 16, 2023. The Parties stipulate that Plaintiff may have an extension of time to file the Discovery Plan and Joint Scheduling Order up to and including November 3, 2023. Defendant YESHI MART LLC was served on October 1, 2023, but as of this filing Defendant YESHI MART LLC has not yet appeared. Defendant YESHI MART LLC's response to the Complaint is due on October 23, 2023. As Defendant YESHI MART LLC has not yet appeared, the Parties are not able to confer with Defendant YESHI MART LLC as to the Discovery Plan and Joint Scheduling Order.

Therefore, Plaintiff has requested an extension of eighteen (18) days up to and including November 3, 2023, to file the Parties Discovery Plan and Joint Scheduling Order.

DATED: October 16, 2023

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| /s/ Robert P. Spretnak<br>Robert P. Spretnak, Esq. (Bar No. 5135)<br>Bob@spetnak.com<br>LAW OFFICES OF ROBERT P. SPETNAK<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada<br>Telephone: (702) 454-4900<br>Facsimile: (702) 938-1055<br><br>Beverly Virues, Esq.<br>*PRO HAC VICE*<br>bvirues@lawgmp.com;<br>ajperez@lawgmp.com &<br>jacosta@lawgmp.com<br>GARCIA-MENOCAL & PEREZ P.L.<br>350 Sevilla Avenue, Suite 200<br>Coral Gables, Florida<br>Telephone: (305) 553-3464<br>Facsimile: (855) 205-6904<br><br>*Attorneys for Plaintiff John Meggs* | /s/ Jeffrey Bendavid<br>Jeffrey Bendavid (Bar No. 6220)<br>jbendavid@bendavidfirm.com<br>BENDAVID LAW<br>7301 Peak Dr., Suite 150<br>Las Vegas, Nevada 89128<br>Telephone: (702) 385-6114 |

**THIS STIPULATION IS GRANTED, BUT NO FURTHER EXTENSIONS WILL BE GRANTED.**
IT IS SO ORDERED.
Dated:  October 17, 2023

.
.
_____
Nancy J. Koppe
United States Magistrate Judge