Robert P. Spretnak, Esq. (Bar No. 5135)
Bob@spetnak.com
LAW OFFICES OF ROBERT P. SPETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada
Telephone: (702) 454-4900
Facsimile: (702) 938-1055

Beverly Virues, Esq.
*pro hac vice*
bvirues@lawgmp.com; ajperez@lawgmp.com
& dramos@lawgmp.com
GARCIA-MENOCAL & PEREZ P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Florida
Telephone: (305) 553-3464
Facsimile: (305)553-3031

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, <br><br> Plaintiff, <br><br> vs. <br><br> IRON FLAMINGO LLC, and YESHI MART LLC, <br><br> Defendant | Case No.: 2:23-cv-01158-GMN-NJK <br><br> AMENDED JOINT DISCOVERY PLAN AND SCHEDULING ORDER |

Plaintiff, JOHN MEGGS, and Defendants IRON FLAMINGO LLC and YESHI MART LLC participated in telephone meeting required under Fed.R.Civ.P. 26(f) and which was held on November 8, 2023. Pursuant to Fed.R.Civ.P. 26(f).

1.  **Discovery Cut-Off Date**: Defendant IRON FLAMINGO LLC filed its Answer to the Complaint on August 30, 2023. The Parties request a discovery period of one hundred and

eight (180 days from August 30, 2023. The discovery period will therefore close on **February 26, 2024.**

2.      **Amending the Pleadings and Adding Parties**: The date for filing motions to amend the pleadings or to add parties shall not be later than ninety (90) days prior to the close of discovery or **November 28, 2023**.

3.      **Expert Witness Disclosures**: The disclosures of any expert witness shall be made sixty (60) days before the discovery deadline or **December 28, 2023**. The disclosures of any rebuttal experts shall be due thirty (30) days after the initial disclosures of experts or **January 29, 2024**. The requirements of Fed.R.Civ.P. 26(a)(2)(B) shall apply to any such disclosures. Plaintiff's expert report will be provided to Defendant on or before the earlier of (a) forty-five (45) days following a Rule 34 inspection, or (b) **December 28, 2023**. Plaintiffs' expert report on Defendant's financial ability to remove barriers to access if applicable, is due on or before the earlier of forty-five (45) days from Plaintiffs' receipt of Defendant's financial records, or (b) **January 29, 2024**.

4.      **Dispositive Motions.** Dispositive Motions shall be filed no later than thirty (30) days after the discovery cut-off date or **March 28, 2024.**

5.      **Pre-Trial Order.** The Joint pre-Trial Order shall be filed not later than thirty (30) days after the date set for filing dispositive motions or **April 27, 2024.** However, in the event that dispositive motions are filed, the date for filing the Joint Pre-Trial Order shall be suspended until thirty (30) days after a decision on the dispositive motion or further order of the Court.  The disclosures required by Rule 26(a)(3) and any objection thereto shall be included in the Pre-Trial Order.

6.      **Rule 26(a)(3) Disclosures.**     The disclosures required by Rule 26(a)(3) and

any objection thereto shall be included in the Pre-Trial Order.

7. The parties will make their initial disclosures on or before **November 15, 2023**. No <u>changes need to be made in the timing, form or requirements</u> for such disclosures.

8. No changes should be made on the limitations on discovery imposed under the Federal Rules of Civil Procedure or local rules, or on the subject matters or timing of discovery.

9. Discovery does not need to be conducted in phases or limited or focused on particular issues.

10. **Rule 26(f)(3)(c)-(d)**

   a. **Rule 26(f)(3)(c)**: There are no issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.

   b. **Rule 26(f)(3)(c)**: There are no issues about claims of privilege or of protection in trial preparation materials, but the parties may revisit the issue later.

11. **Alternative Dispute Resolution**: The parties have met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

12. **Alternative forms of case disposition:** The parties have considered consent to trial by a magistrate judge under 28 U.S.C. §636(c) and Fed.R.Civ.P. 73 and the use of the Short Trial Program.

**ORDER**

IT IS SO ORDERED.
Dated: November 9, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

| | |
|---|---|
| /s/ Robert P. Spretnak<br>Robert P. Spretnak, Esq. (Nevada Bar No. 5135)<br>Bob@spetnak.com<br>LAW OFFICES OF ROBERT P. SPETNAK<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada<br>Telephone: (702) 454-4900<br>Facsimile: (702) 938-1055<br><br>Beverly Virues, Esq.<br>*PRO HAC VICE*<br>bvirues@lawgmp.com;<br>ajperez@lawgmp.com &<br>jacosta@lawgmp.com<br>GARCIA-MENOCAL & PEREZ P.L.<br>350 Sevilla Avenue, Suite 200<br>Coral Gables, Florida<br>Telephone: (305) 553-3464<br>Facsimile: (855) 205-6904<br><br>*Attorneys for Plaintiff John Meggs* | /s/  Jeffrey Bendavid<br>Jeffrey Bendavid (Nevada Bar No. 6220)<br>jbendavid@bendavidfirm.com<br>BENDAVID LAW<br>7301 Peak Dr., Suite 150<br>Las Vegas, Nevada 89128<br>Telephone: (702) 385-6114 |