Robert P. Spretnak, Esq. (Bar No. 5135)
Bob@spretnak.com
LAW OFFICES OF ROBERT P. SPETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada
Telephone: (702) 454-4900
Facsimile: (702) 938-1055

Beverly Virues, Esq.
*pro hac vice*
bvirues@lawgmp.com; ajperez@lawgmp.com
& dramos@lawgmp.com
GARCIA-MENOCAL & PEREZ P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Florida
Telephone: (305) 553-3464
Facsimile: (305)553-3031

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS,<br><br>  Plaintiff,<br><br>vs.<br><br>IRON FLAMINGO LLC, and YESHI MART LLC,<br><br>Defendants | Case No.: 2:23-cv-01158-GMN-NJK<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, JOHN MEGGS (hereinafter "Plaintiff"), by and through his counsel of record, ROBERT P. SPRETNAK, ESQ. of the LAW OFFICES OF ROBERT P. SPRETNAK, and BEVERLY VIRUES, ESQ. of the LAW FIRM OF GARCIA-MENOCAL & PEREZ P. L. and IRON FLAMINGO LLC and YESHI MART via its counsel JEFFREY BENDAVID of BENDAVID LAW, stipulate as follows:

1

IT IS HEREBY STIPULATED AND AGREED that the above-captioned matter be dismissed, with prejudice, with each party bear their own fees and costs.

IT IS FURTHER STIPULATED AND AGREED that any remaining matters on calendar shall be vacated.

DATED: February 5, 2024

/s/ Robert P. Spretnak
Robert P. Spretnak, Esq.
(Nevada Bar No. 5135)
Bob@spetnak.com
LAW OFFICES OF ROBERT P. SPETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada
Telephone: (702) 454-4900
Facsimile: (702) 938-1055

/s/ Beverly Virues
Beverly Virues, Esq.
PRO HAC VICE
bvirues@lawgmp.com;
ajperez@lawgmp.com &
jacosta@lawgmp.com
GARCIA-MENOCAL & PEREZ P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Florida
Telephone: (305) 553-3464
Facsimile: (855) 205-6904

*Attorneys for Plaintiff John Meggs*

/s/ Jeffrey Bendavid, Esq.
Jeffrey Bendavid, Esq.
(Nevada Bar No. 6220)
jbendavid@bendavidfirm.com
BENDAVID LAW
7301 Peak Dr., Suite 150
Las Vegas, Nevada 89128
Telephone: (702) 385-6114

*Attorneys For Defendants, IRON FLAMINGO LLC, AND YESHI MART LLC*

## ORDER

**IT IS SO ORDERED.**

Dated this  12  day of February, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2